IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| **MICHAEL SMITH, Individually and on Behalf of All Others,** <br><br> Plaintiffs, <br><br> v. <br><br> **STAFFMARK INVESTMENT LLC,** <br><br> Defendant. | Case No. 5:20-cv-6054 |

## NOTICE TO PLAINTIFF OF REMOVAL

TO: Charles Jason Brown
Jayson A. Watkins
Brown & Watkins, LLC
301 S. US 169 Hwy.
Gower, MO 64454

PLEASE TAKE NOTICE Defendant Staffmark Investment LLC has filed a Notice of Removal in the United States District Court for the Western District of Missouri for removal of an action now pending in the Forty-Third Judicial Circuit Court, Clinton County, Missouri, entitled *Michael Smith v. Staffmark Investment*, Case No. 20CN-CC00025.

FURTHER TAKE NOTICE Defendants at the same time filed in federal court a copy of the Petition in this case. A copy of the Notice of Removal is attached to this Notice and hereby served upon you.

Respectfully submitted,

*/s/ Charles E. Reis, IV*
Charles E. Reis, IV, #32535MO
Stephanie Cohan, #70919MO
LITTLER MENDELSON, P.C.
600 Washington Avenue, Suite 900
St. Louis, MO 63101
Telephone: 314.659.2000
Facsimile: 314.659.2099
creis@littler.com
scohan@littler.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system to be served by operation of the Court's electronic filing system and via email upon the following:

Charles Jason Brown
Jayson A Watkins
Brown & Watkins, LLC
301 S. US 169 Hwy.
Gower, MO 64454
brown@brownandwatkins.com
watkins@brownandwatkins.com

*Attorneys for Plaintiff*

/s/ *Charles E. Reis, IV.*

4818-2750-3289.1 084745.1005